# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06CV22-V-1
# (3:01CR86-V)

| | |
|---|---|
| **ANGELO DEMONTE DAVIS,** | )<br>) |
| Petitioner, | )<br>) |
| v. | )  **O R D E R** |
| **UNITED STATES OF AMERICA,** | )<br>) |
| Respondent. | ) |

**THIS MATTER** is before the Court upon Petitioner's Motions to Reconsider, filed February 24, 2006, and March 30, 2006.

On January 31, 2006, this Court dismissed Petitioner's Motion to Vacate, Set Aside, or Correct Sentence as untimely. Petitioner seeks to blame the Court for his untimely filing. Correspondence with a district court does not operate to toll AEDPA's limitation period.

**NOW**, **THEREFORE, IT IS HEREBY ORDERED that** Petitioner's Motions to Reconsider are **DENIED.**

Signed: August 15, 2006

*[signature]*

Richard L. Voorhees
United States District Judge